# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2019 KW 0576

AUG 19 2019

---

In Re: Lacal Lucky Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 193586, 230804, 232716, & 374567.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** In this writ application, relator filed motions with this court in the first instance. Relator should first seek relief in the district court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT